IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| KIMBERLY HANSON,<br><br>        Plaintiff,<br><br>vs.<br><br>WALI AND Z ENTERPRISES INC.,<br><br>        Defendant. | CIVIL ACTION<br><br>FILE No. 4:21-CV-00301 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, KIMBERLY HANSON ("Plaintiff") and Defendant, WALI AND Z ENTERPRISES INC. ("Defendant), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this ___ day of July, 2021.

                                      Law Offices of
                                      THE SCHAPIRO LAW GROUP, P.L.

                                      /s/ Douglas S. Schapiro_____
                                      Douglas S. Schapiro, Esq.
                                      State Bar No. 54538FL
                                      The Schapiro Law Group, P.L.
                                      7301-A W. Palmetto Park Rd., #100A
                                      Boca Raton, FL 33433
                                      Tel: (561) 807-7388
                                      Email: schapiro@schapirolawgroup.com

                                      Attorney for Plaintiff

*[signature]*

William Knisley, Esq.
State Bar No. 24095728
Law Office of William Chu
4455 LBJ Freeway, Suite 1008
Dallas, TX 75244
Phone: (972) 392-9888
Email: knisley.wmchulaw@gmail.com
williamknisley@outlook.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of July, 2021, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL